IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **QUENTARIS LEONARD, AIS #260615** : <br>     Plaintiff, : <br>   : <br> v.  : <br>   : <br> **JASON SULLIVAN,** *et al.*, : <br>     Defendants. : | **CIVIL ACTION 15-00061-KD-N** |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 6, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to prosecute and obey the Court's Order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **2**$^{nd}$ day of **September 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**